761 A.2d 1180

COMMONWEALTH of Pennsylvania, Respondent,

v.

Raymond FOX, Petitioner.

Supreme Court of Pennsylvania.

Nov. 30, 2000.

## ORDER

PER CURIAM:

AND NOW, this 30th day of November, 2000, the Petition for Allowance of Appeal is hereby granted and the order of the Superior Court is reversed. *See Commonwealth v. Lussi*, 562 Pa. 621, 757 A.2d 361 (2000).